UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CIVIL ACTION FILE NO: 1:22-cv-20772-JLK

YAMILEE BENNETT, MARIA
BUSH, AMINATA MBAYE, ALON
ROBERTS, AND AFRICA
WILLIAMS, On behalf of themselves
and others similarly situated,
Plaintiffs,
v.
BT'S ON THE RIVER, LLC dba
BOOBY TRAP ON THE RIVER, a
Florida Limited Liability Company
and MIKE BRUSO, an individual
and MIKE ARZA, an individual
Defendants.

ORDER GRANTING MOTION FOR AINSWORTH G. DUDLEY
TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION AND
REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF
ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear Pro

Hac Vice for Mutepe Akemon, Esquire, Consent to Designation, and

Request to Electronically Receive Notices of Electron ic Filing (the "Motion"),

pursuant to the Rules Governing the Admission, Practice, Peer Review, and

Discipline of Attorneys in the United States District Court for the Southern

District of Florida and Section 2B of the CM/ECF Administrative Procedures.

This Court having considered the motion and all other relevant factors, it is

Hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Mutepe Akemon, Esquire, may appear and participate in this action on behalf of all Plaintiffs. Th e Clerk shall provide electronic notification of all electronic filings to Mutepe Akemon, Esquire, at mutepe.akemon@richardslegal.com.

DONE AND ORDERED in Chambers, at Miami, Florida this 13th day of July, 2022.

JAMES LAWRENCE KING
UNITED STATES SENIOR DISTRICT JUDGE

cc:     Counsel of Record