United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Yamilee Bennett et al., Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 22-20772-Civ-Scola |
| | ) |
| BTS On the River, LLC et al., | ) |
| Defendants. | |

### Order Adopting the Magistrate Judge's Report And Recommendation

Because neither party has objected to Magistrate Judge Melissa Damian's Report (**ECF No. 38**) and the time to do so has passed, the Court **adopts** the Report in full. A district court judge need conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636.

Where no objections are made, a report may be adopted in full without conducting de novo review provided no plain error exists. *E.g.*, *id.*; *Menendez v. Naples Cmty. Hosp., Inc.*, No. 2:20-CV-898-SPC-MRM, 2021 WL 5178496, at *1 (M.D. Fla. Nov. 8, 2021) (collecting cases). Finding no plain error with the report, the Court **adopts it in full**.

Accordingly, the Defendants' motion to compel arbitration and stay proceedings (**ECF No. 10**) as to Plaintiff Aminata Mbaye is **granted**. Ms. Mbaye's claims are hereby referred to arbitration and her claims are stayed.

**Done and ordered** in chambers, at Miami, Florida, on October 31, 2022.

_____
Robert N. Scola, Jr.
United States District Judge