**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:22-CV-20772-SCOLA/DAMIAN

YAMILEE BENNETT, MARIA BUSH
AMINATA MBAYE, ALON ROBERTS
and AFRICA WILLIAMS,

    Plaintiffs,

v.

BT'S ON THE RIVER, LLC d/b/a
BOOBY TRAP ON THE RIVER, a
Florida Limited Liability Company;
MIKE BRUSO, an individual; and
MIKE ARZA, and individual;

    Defendants.
_____/

**REPORT AND RECOMMENDATION ON DEFENDANTS'**
**MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AS TO**
**PLAINTIFF ALON ROBERTS [ECF NO. 62]**

THIS CAUSE is before the Court on Defendants, BT's on the River LLC, Mike Bruso, and Mike Arza's (collectively, "Defendants"), Motion to Compel Arbitration and Stay Proceedings [ECF No. 62 ("Motion")]. Defendants move the Court to compel Plaintiff Alon Roberts ("Ms. Roberts" or "Plaintiff") to submit to arbitration and to stay proceedings as to her claims. This matter was referred to the undersigned by the Honorable Robert N. Scola, United States District Judge. [ECF No. 64]. *See* 28 U.S.C. § 636(b)(1)(B).

The undersigned has reviewed the Motion, the pertinent portions of the record, and all relevant authorities and is otherwise fully advised in the premises. Plaintiff did not file a response to the Motion, and counsel for Plaintiff informed the Court at a hearing before the undersigned on November 30, 2022, that Plaintiff does not oppose the Motion. Therefore, the

undersigned recommends the Motion be **GRANTED** and that the Court stay proceedings as to Ms. Roberts' claims pending arbitration

Also during the November 30, 2022, hearing, the parties indicated that they have encountered difficulties agreeing to an arbitrator to preside over the arbitration of Plaintiff Aminata Mbaye's claims, (*see* ECF No. 53 (Order granting Defendants' Motion to Compel Arbitration as to Plaintiff Aminata Mbaye)), and as to whether the same arbitrator should preside over the arbitration of Plaintiff Alon Roberts' claims.

Based on the discussion and argument by the parties on the record, the undersigned recommends that the Court order the parties to file a joint notice within twenty-one (21) days of the date of the Court's Order identifying the selected arbitrator and providing the date(s) and time(s) of the scheduled arbitration(s) in this case. In addition, in the interest of efficiency and economy, the undersigned recommends that the Court order the parties in this case to use the same arbitrator for all claims in this matter that are referred to arbitration (including, at this point, Plaintiffs Mbaye and Roberts' claims), to the extent possible based on the availability of the arbitrator. Lastly, the undersigned recommends the Court set a schedule for the parties to file joint status reports regarding the progress of all claims sent to arbitration in this matter every sixty (60) days.

Accordingly, as set forth above and during the November 30, 2022, hearing, it is respectfully **RECOMMENDED** that Defendants' Motion to Compel Arbitration and Stay Proceedings [ECF No 62] be **GRANTED** and that the Court compel Plaintiff Alon Roberts to arbitrate her claims and stay proceedings as Ms. Roberts' claims pending arbitration.

It is further

**RECOMMENDED** that the Court order the parties to arbitrate all claims in this matter referred to arbitration with the same arbitrator (to the extent possible) and direct the parties to file joint status reports regarding arbitration as set forth above.

The parties will have fourteen (14) days from the date of receipt of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Robert N. Scola, United States District Judge. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in the Report except upon grounds of plain error if necessary in the interest of justice. *See* 28 U.S.C § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016).

**RESPECTFULLY SUBMITTED** in Chambers at Miami Florida, this 2nd day of December 2022.

_____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

cc:   Hon. Robert N. Scola
      Counsel of Record