UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-CV-20772-SCOLA/DAMIAN

YAMILEE BENNETT, MARIA BUSH
AMINATA MBAYE, ALON ROBERTS
and AFRICA WILLIAMS,

    Plaintiffs,

v.

BT'S ON THE RIVER, LLC d/b/a
BOOBY TRAP ON THE RIVER, a
Florida Limited Liability Company;
MIKE BRUSO, an individual; and
MIKE ARZA, and individual;

    Defendants.
_____/

### REPORT AND RECOMMENDATION ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AS TO OPT-IN PLAINTIFF MARISSA WALKER [ECF NO. 79]

THIS CAUSE is before the Court on Defendants, BT's on the River LLC, Mike Bruso, and Mike Arza's (collectively, "Defendants"), Motion to Compel Arbitration and Stay Proceedings, filed December 1, 2022 [ECF No. 79 ("Motion")]. Defendants move the Court to compel Opt-In Plaintiff Marissa Walker ("Ms. Walker" or "Plaintiff") to submit to arbitration and stay proceedings as to her claims. This matter was referred to the undersigned by the Honorable Robert N. Scola, United States District Judge. [ECF No. 83]. *See* 28 U.S.C. § 636(b)(1)(B).

The undersigned has reviewed the Motion, the pertinent portions of the record, and all relevant authorities and is otherwise fully advised in the premises. Plaintiff did not file a response to the Motion, and the time to do so has passed. Plaintiff's failure to respond is

sufficient grounds to grant the Motion by default pursuant to Local Rule 7.1(c)(1). Nevertheless, the undersigned has reviewed the Motion and, for the reasons that follow, recommends the Court grant the Motion, compel Ms. Walker to submit to arbitration, and stay proceedings as to her claims pending arbitration.

The undersigned previously submitted two Report and Recommendations on similar motions to compel arbitration and stay proceedings in this case. [ECF No. 38, 80]. Neither party objected to those Reports, and both Reports were adopted in full by the Court. [ECF No. 53, 87]. As detailed in the previous Reports, Plaintiffs are current and former exotic dancers at Defendant BT's on the River ("BT's"), which is owned by Defendants Bruso and Arza. Compl. at ¶¶ 10-13. It is the Defendants' position that many (if not all) of the Plaintiffs signed Dancer Performance Lease Agreements with BT's which contain arbitration provisions that require them to arbitrate any controversy or claim arising out of their association with the club. To date, Defendants have produced such Agreements entered between Defendant BT's and Plaintiffs Aminata Mbaye, Alon Roberts, and now, Marissa Walker. *See* ECF Nos. 10-1, 62, 79.

Having reviewed the Dancer Performance Lease Agreement between Ms. Walker and BT's and the arbitration provision therein, the undersigned finds that the Agreement between Ms. Walker and BT's is virtually identical to the Agreements between the club and Plaintiffs Mbaye and Roberts, and likewise finds the Agreement requires Ms. Walker to submit to arbitration. *See id.* Further, Plaintiffs did not respond to the Motion or raise any issues that would require the Court to treat the present circumstances differently than those raised in the prior motions to compel arbitration.

Accordingly, it is respectfully **RECOMMENDED** that the Court **GRANT** Defendants' Motion to Compel Arbitration and Stay Proceedings as to Ms. Walker [ECF No. 79], compel Ms. Walker to arbitrate her claims, and stay proceedings as to Ms. Walker's claims pending arbitration.

The parties will have fourteen (14) days from the date of receipt of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Robert N. Scola, United States District Judge. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in the Report except upon grounds of plain error if necessary in the interest of justice. *See* 28 U.S.C § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016).

**RESPECTFULLY SUBMITTED** in Chambers at Miami Florida, this __10th__ day of January 2023.

MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Robert N. Scola
Counsel of Record