United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Yamilee Bennett et al., Plaintiffs, ) <br> ) <br> v.  ) <br> ) <br> BTS On the River, LLC et al., ) <br> Defendants. | Civil Action No. 22-20772-Civ-Scola |

### Order Adopting the Magistrate Judge's Report And Recommendation

Because neither party has objected to Magistrate Judge Melissa Damian's Report (**ECF No. 102**) and the time to do so has passed, the Court **adopts** the Report in full. A district court judge need conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636.

Where no objections are made, a report may be adopted in full without conducting de novo review provided no plain error exists. *E.g.*, *id.*; *Menendez v. Naples Cmty. Hosp., Inc.*, No. 2:20-CV-898-SPC-MRM, 2021 WL 5178496, at *1 (M.D. Fla. Nov. 8, 2021) (collecting cases). Finding no plain error with the report, the Court **adopts it in full**.

Accordingly, the Defendants' motion to compel arbitration and stay proceedings (**ECF No. 94**) as to Opt-In Plaintiffs Briana Samuel, Imari Evans, and Moshammed Islam (the "Opt-In Plaintiffs") is **granted**. The Opt-In Plaintiffs' claims are hereby referred to arbitration and their claims are stayed.

Further, the Court orders the parties to assign the same arbitrator to all claims in this matter that have and/or may be referred to arbitration (to the extent possible). As before, the Court also directs the parties to file joint status reports regarding any claims sent to arbitration in this matter every sixty days until the claims have been decided by the arbitrator(s). (*See* ECF Nos. 87, 91.)

**Done and ordered** in chambers, at Miami, Florida, on April 17, 2023.

------------------------------------
Robert N. Scola, Jr.
United States District Judge