UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:22-cv-20772-RNS

YAMILEE BENNETT, MARIA BUSH, AMINATA MBAYE, ALON ROBERTS, and AFRICA WILLIAMS, et al.,

    Plaintiffs,

v.

BT'S ON THE RIVER, LLC d/b/a BOOBY TRAP ON THE RIVER, a Florida Limited Liability Company; MIKE BRUSO, an individual; and MIKE ARZA, an individual,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)

Defendants and Plaintiffs, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), jointly stipulate as follows:

1. The parties have settled this matter. All claims by Plaintiffs against Defendants are dismissed with prejudice, with each party responsible for their fees and costs, except as provided in the Settlement Agreement.

2. The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the parties' settlement agreement.

Dated: December 5, 2023.

Respectfully submitted,

| | |
|---|---|
| */s/Adi Amit* <br> Adi Amit, P.A. <br> *Counsel for Defendants* <br> 101 Centre <br> 101 NE Third Ave., Suite 300 <br> Fort Lauderdale, Florida 33301 <br> Phone: (954) 533-5922 <br> E-mail: Aron@defenderofbusiness.com <br><br> By: *s/Aron Smukler* <br> Aron Smukler, Esquire <br> Florida Bar No. 0297779 | */s/Mutepe Akemon* <br> Mutepe Akemon, Esq. <br> *Counsel for Plaintiffs* <br> *Pro Hac Vice* (Ga. Bar 434260) <br> The Richards Law Group, LLC <br> P.O. Box 360295 <br> Decatur, GA 30036 <br> Telephone: 404-289-6816 <br> Facsimile: 404-795-0727 <br><br> Carlos Leach, Esq. <br> FBN 0540021 <br> The Leach Firm, P.A. <br> 1560 N. Orange Ave., Suite 600 <br> Winter Park, FL 32789 <br> Telephone: 407-574-4999 <br> Facsimile: 833-813-7513 <br> cleach@theleachfirm.com <br><br> Ainsworth G. Dudley, Esq. <br> *Pro Hac Vice* (Ga. Bar 231745) <br> Dudley Law, LLC <br> 4200 Northside Parkway, NW <br> Building 1, Suite 200 <br> Atlanta, GA 30327 <br> Telephone: 404-687-8205 <br> adudleylaw@gmail.com |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 5, 2023, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. This is to certify that the foregoing has been prepared using Times New Roman 14-point font.

Respectfully submitted, this 5th day of December, 2023.

        COUNSEL FOR PLAINTIFFS

*/s/ Carlos Leach*
Carlos Leach
FBN 0540021
The Leach Firm, P.A.
631 S. Orlando Ave., Ste 300
Winter Park, FL 32789
Telephone: 407-574-4999
Facsimile: 833-813-7513
cleach@theleachfirm.com
Attorney for Plaintiffs


/*s/ Mutepe Akemon*
Mutepe Akemon
*Pro Hac Vice* (Ga. Bar 434260)
The Richards Law Group, LLC
P.O. Box 360295
Decatur, GA 30036

Telephone: 404-289-6816
Facsimile: 404-795-0727
Attorney for Plaintiffs


*/s/ Ainsworth G. Dudley*
Ainsworth G. Dudley
*Pro Hac Vice* (Ga. Bar 231745)
Dudley Law, LLC
4200 Northside Parkway, NW
Building 1, Suite 200
Atlanta, GA 30327
Telephone: 404-687-8205
adudleylaw@gmail.com
Attorney for Plaintiffs


## SERVICE LIST

Aron Smukler, Esq.
Adi Amit, Esq.
101 Centre
101 NE Third Avenue, Suite 300
Fort Lauderdale, FL 33301
Tel: 954-533-5922
Email: Aron@DefenderOfBusiness.com
Adi@DefenderOfBusiness.com